**Donald WILLIAMS, Plaintiff–Appellant,**

v.

**M.S. EVANS, Warden; et al., Defendants–Appellees.**

**No. 11–15384.**

United States Court of Appeals, Ninth Circuit.

Submitted May 15, 2012.*

Filed May 22, 2012.

Donald Williams, Vacaville, CA, pro se.

Phillip Arthur, Esquire, Office of the California Attorney General, Sacramento, CA, for Defendants–Appellees.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

648

Before: CANBY, GRABER, and M. SMITH, Circuit Judges.

MEMORANDUM ***

Donald Williams, a California state prisoner, appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging that prison officials violated the Eighth Amendment by failing to provide him with safe showering facilities. We have jurisdiction under 28 U.S.C. § 1291. We review de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir.2004), and we affirm.

The district court properly granted summary judgment because Williams failed to raise a genuine dispute of material fact as to whether defendants acted with deliberate indifference regarding shower safety and the provision of shower mats. *See id.* at 1058 (prison officials act with deliberate indifference only if they know of and disregard an excessive risk to inmate health and safety); *id.* at 1060 ("Deliberate indifference is a high legal standard.").

Williams' remaining contentions are unpersuasive.

**AFFIRMED.**

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.